**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
WINCHESTER DIVISION**

In re:  LINDA FAYE MAXWELL xxx-xx-5831        Case No. 19-10044 NWW
xxx-xx-                                                                                Chapter 13

Debtor(s)

## Certificate of Final Payment

The Chapter 13 Trustee hereby certifies that the Debtor(s) have completed all payments required under their confirmed Chapter 13 plan. A Final Report shall be filed by the Chapter 13 Trustee once all outstanding disbursements have cleared and/or been canceled.

s/ Kara L. West
Kara L. West (TN No. 25744)
Chapter 13 Standing Trustee
PO Box 511
Chattanooga, TN  37401
(423) 265-2261

## CERTIFICATE OF SERVICE

I hereby certify that on December 13, 2023, a copy of the Certificate of Final Payment was served on those listed below as indicated:

**Via electronic case noticing:**

C KELLY WILSON ESQUIRE – ECF
US Trustee – ECF
Bankruptcy Court – ECF

**Via U.S. First Class mail, postage prepaid, to the following entities at the addresses listed:**

LINDA FAYE MAXWELL
455 BIRD STREET
SHELBYVILLE, TN 37160

s/ Kara L. West w/permission by LDC (85)
Chapter 13 Trustee
P.O. Box 511
Chattanooga, TN 37401-0511
(423) 265-2261